**No. 39515.**—Protests 652306–G, etc., of W. H. Beaumont & Son, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39516.**—Protests 511168–G, etc., of W. H. Beaumont & Sons et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 3, 1938

**No. 39517.**—Protests 851146–G, etc., of S. B. Penick & Co. (New York).

Opinion by CLINE, J. The merchandise itself was found not capable of being marked as it is in the form of powder. The outer cases were marked but each commodity was packed in muslin bags and the bags were not marked. It was contended that the muslin containers are merely linings for the cases. It was found that the muslin bags in question were the immediate containers of the merchandise. As they were not legally marked the protests were overruled. Abstracts 31389, 25696, 29532, 32829, and 34432 cited.

**No. 39518.**—Protest 933583–G of V. M. Calderon Co., Inc. (New York).

Opinion by CLINE, J. It appeared that the olives were packed in five-gallon tins, two tins to a case, and that each contained a label marked "Packed in Spain." On the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065) it was held that the immediate containers of the stuffed olives were sufficiently marked. The protest was therefore sustained.

**No. 39519.**—Protest 917750–G of Hicks-Costarino Co. (New York).

Opinion by CLINE, J. The merchandise was shipped from Barcelona, Spain. The jute bagging, which was the immediate container of the rags, was marked with the word "Catalonia" on each bale. This marking was held not in compliance with customs regulations and the protest was overruled. *Mitsui* v. *United States* (T. D. 49357) followed.